BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

333 Market Street, Suite 1500
San Francisco, California  94105
Telephone:  (415) 977-8975
Facsimile:  (415) 744-0134
E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JACKIE WALKER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | CASE NO. 1:11-CV-00713-AWI-BAM<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |

　　　　The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to file his responsive brief.

　　　　The extension is being sought due to defendant's counsel's heavy workload during the past month combined with her long-scheduled holiday leave and cross-country travel.  In addition, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties.  Several senior attorneys have recently left the regional counsel's office and cannot be replaced due to the hiring freeze.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be February 6, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 10, 2012      */s/ Sengthiene Bosavanh*
(As authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: January 10, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   January 10, 2012           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2